# DONALD J. TRUMP
PRESIDENT OF THE UNITED STATES



NON PROFIT ORG.
U.S. POSTAGE
**PAID**
REPUBLICAN
NATIONAL
COMMITTEE

VOTER IDENTIFICATION DIVISION

DO NOT FORWARD
PERSONAL RECORD INFORMATION







PLACE
STAMP
HERE

**PROCESS IMMEDIATELY**
PERSONAL RECORD INFORMATION

P51
REPUBLICAN NATIONAL COMMITTEE
C/O PRESIDENT DONALD TRUMP
PO BOX 96994
WASHINGTON DC  20090-6994

*EXHIBIT C*

# PARTY AFFILIATION VOTER CARD

6916539

| | |
|---|---|
| **Registered Voter:** | **Congressional District:** 5th |
| Mr. Larry Raymond Bailey | **Voter ID#:** 523159909 |
| 181 Ben Bailey Rd | **Party Affiliation:** <u>Republican</u> |
| London, KY 40744 | Home Phone: |
| | Email: |

**2020 Contribution History:** $ None

**Requested 2020 Contribution Amount:** **$35**

**Do you plan on supporting President Trump and all of our Republican Candidates on November 3rd?** [ ] Yes    [ ] No    [ ] Unsure

**Is the above information correct?** Yes ___    No ___  (Note any corrections above)

### PLEASE RETURN TO THE RNC BY SEPTEMBER 4, 2020

N20PR121

523159909

6916539

# ═══ REPUBLICAN PARTY ═══
# VOTER AFFILIATION TRACKING FORM

Congressional District: 5th
Voter ID: 523159909
Party Affiliation: Unconfirmed

Mr. Larry Raymond Bailey
181 Ben Bailey Rd
London, KY 40744-8521
||||ı|ıı||ı|ıı||ı||ıı|||ı||ı||ı||ı|ı|ı|ıı|ı||ı||ı||ı|ıı|ı|ııı

N20PR121   523159909



---

**INSTRUCTIONS:**

1) Please look over the enclosed PARTY AFFILIATION VOTER CARD.
2) Make corrections as needed.
3) Mark "Yes" in the space provided if the information is correct.
4) Complete this Voter Tracking Form.
5) Return your Affiliation Voter Card along with this Form in the enclosed envelope.

---

Dear President Trump,

❏ **YES** – I fully understand how crucial it is that Republicans remain 100% united to help you win re-election along with all of our candidates. We must make sure that Joe Biden does not become America's next President and take our nation down a far-reaching Big Government Socialist path. Here is my Affiliation Voter Card to help you keep your records up-to-date.

❏ To ensure that the RNC can meet its goal to identify and lock-in millions of voters now and expand our Party's effort to reach out to new voters as we confront the "must win" 2020 Presidential election, I am enclosing my most generous contribution of:

❏ **$25**    ❏ **$35**    ❏ **$50**    ❏ **$100**    ❏ **$250**    ❏ **$500**    ❏ **$1,000**    ❏ **Other $**_____

Contributions to the Republican National Committee are not deductible for federal income tax purposes.
Please make your personal check payable to: **RNC**
See reverse for credit card contributions and other important information.

**CREDIT CARD INFORMATION:**

By making your contribution by credit card, your donation can help more candidates at all levels by saving the RNC fundraising and administrative costs. (Note: Credit cards MUST be personal -- not corporate.)

Type of Credit Card: ❏ VISA   ❏ MasterCard   ❏ AMERICAN EXPRESS   ❏ Discover

Credit Card Number: _____

Expiration Date: _____

Name as it appears on Card: _____

Amount of Gift: $ _____

Signature: _____

Date: _____

Funds received in response to this solicitation will be subject to federal contribution limits. Federal election law requires us to report the following information:*

Occupation:* _____

Employer:* _____

❏ Please check if self-employed.*

Telephone number: _____

E-mail Address: _____

By providing your phone number, you are consenting to receive calls and texts, including autodialed and automated calls and texts, to that number from the Republican National Committee. Msg&data rates may apply. Terms & conditions privacy policy apply 80810-info.com.

Contributions from corporations and foreign nationals are prohibited.

To have a direct impact you may also contribute to the Republican National Committee while online at
**www.GOP.com/VoterFileCard**

Paid for by the Republican National Committee.
310 First Street, S.E. • Washington, D.C. 20003 • (202) 863-8743 • www.GOP.com
Not authorized by any candidate or candidate's committee.

Exhibit E1

# DONALD J. TRUMP

6916539

PRESIDENT OF THE UNITED STATES

Monday Morning

Mr. Larry Raymond Bailey
181 Ben Bailey Rd
London, KY 40744

Congressional District: 5th
Voter ID: 523159909
Party Affiliation: Unconfirmed

Dear Mr. Bailey,

Are the Republican National Committee's records right? Are you a fellow Republican?

Would you please take a moment to check the enclosed "Party Affiliation Voter Card" and return it to me at the RNC's Headquarters in Washington, D.C., today?

With so much on the line for the future of our nation and families in the November elections – including my re-election, keeping our Republican Senate Majority, and taking back control of the House of Representatives – it is crucial that we contact individuals, like you, to ensure that our voter records are up-to-date and accurate.

That is why I have asked the RNC to send you a copy of your Party Affiliation Voter Card for your confirmation. Right now, we have you identified as a Republican, living in the London area of Kentucky. Is this correct? Generally, can we count on your vote to support me and all of our candidates?

**Please take a moment to review your Party Affiliation Voter Card and verify the information on it. Directly mark on your card any corrections needed and indicate in the space provided that the information is correct. Then return it by September 4th.**

Mr. Bailey, if you are at all concerned about the prospect of the Big Government Socialist Democrats and their puppet Joe Biden winning the White House and capturing total control of our government, then I need your help and I need it right now.

The full scope and power of the Democrats' relentless and battle-tested fundraising machine – that is projected to spend more than $3 BILLION – is entirely focused on defeating me, destroying our Republican Party, and taking control of our government.

They are proving every day the extreme measures they will take to ensure they will win. With the help of Barack Obama and Hillary Clinton – and using the funds of their Leftist Radical billionaire allies like George Soros, Michael Bloomberg, and Tom Steyer – Joe Biden, Nancy Pelosi, Chuck Schumer, and their powerful Left-wing cronies are pushing for ways to rig the November elections – from calling for all ballots to be cast by mail, to same day registration, to requiring no ID to vote.

**With the election less than 3 months away, nothing is more important than for us to stop the very real possibility of rampant voter fraud by identifying and locking in our voters in states all across the country – and we must do it NOW.**

(Over, please)

310 First Street, S.E. ★ Washington, D.C. 20003 ★ www.GOP.com ★ 1-800-445-5768

Page Two

Our goal is to contact and identify 15 million Republican voters in the next 30 days, solidify and strengthen our Party at the grassroots level, and make sure we have strong organizations across the country – especially in the key battleground states where the race for the White House will be won or lost.

**This Voter Project will be the biggest and most expensive program the RNC has ever implemented and will play an important part in determining if I serve a second term.**

Clearly, if I am going to be re-elected along with all our Republican candidates, we must counter the Democrats' massive spending and fight for every single voter – district-by-district, precinct-by-precinct.

To do that, we must solidify and energize our base, get the real facts about my agenda and accomplishments to all voters, convince major segments of voters – including women, young voters, Blacks, Latinos, and Asians – that their greatest chance to realize the American Dream is to embrace our Republican philosophy of opportunity and individual freedom – and get them to back our slate of Republican candidates – all the way down the ballot.

I truly believe our grassroots Get-Out-The-Vote effort will make the difference between winning and losing – especially in the battleground states where the Presidential race and the battle for control of the U.S. Senate and U.S. House will be decided by paper-thin margins. We must not forget – in the 2016 race for the White House, a switch of only 77,744 votes in key states would have meant a victory for Hillary Clinton!

So please mail your File Card back to me, along with the Voter Tracking Form and a special contribution today.

Your immediate financial support will enable us to counter the unprecedented billions of dollars Joe Biden and the Radical Left are spending to register record numbers of voters and enable us to lock-in millions of Republican voters now and expand our Party's efforts to register new voters, strengthen our grassroots operations, better deliver our message – the truth about our agenda – to all Americans, and execute a grassroots Get-Out-The-Vote operation unlike anything ever seen before in a Presidential Election.

I'm convinced that we Republicans have a strong advantage in this election.

Remember, right up to when the Coronavirus dealt its devastating blow to our country, I was delivering on my promise to MAKE AMERICA GREAT AGAIN. **Without question, my leadership and experience will be more important than ever as we confront the critical decisions needed to put our nation back on the road to strength and prosperity for all.**

And it is already happening – I call it the Great American Comeback. Jobs are being created, we are bringing devastated industries back, working to build factories here instead of in China, and getting direct cash relief to families.

Under my continued Presidency, our nation can once again look forward to a booming economy, justice reform, record jobs, fewer federal regulations, reining-in immigration, putting more conservative judges on the federal bench, and keeping our military the strongest and most prepared in the world.

Let me be clear: From the very beginning of this health and economic crisis, the Democrats have shown that they will do all in their power to advance their extremist agenda.

(Next page, please)

6916539

Page Three

Rather than act in the best interests of the American people, Joe Biden, Chuck Schumer, and Nancy Pelosi – and promoted by their friends in the Liberal Fake News media – have practiced non-stop petty politics and put their personal interests ahead of the citizens of our nation. Their irrational hatred of me is on display 24/7 as they nitpick my every action.

In the days and weeks ahead, the Democrats will be busy spreading lies and mistruths about my agenda and accomplishments and trying to sell the American people their Big Government Socialist laundry list of extremely costly Left-wing ideas. These include "free" national health care for all, open borders for all immigrants, defunding police departments, support for sanctuary cities, slashing U.S. military spending, universal income for all, dangerous abortion policies, packing the Supreme Court, massive government programs with incalculable costs, and a Big Government "tax the rich" agenda that will deliver a giant blow to our nation's economy.

If they succeed, these changes will permanently alter our nation – the nation that generations of Americans fought for and died for – and put the Big Government Socialist Democrats in charge of our great country – FOREVER.

THAT IS WHY THIS PROJECT – AND YOUR PARTICIPATION IN IT – IS SO EXTREMELY IMPORTANT.

The more we spell out just how disastrous these radical policies are and highlight my accomplishments and America First Agenda, the more America's voters will decide to re-elect me and vote for Republicans across the board.

That is why I must ask you – when you return your Party Affiliation Voter Card – if at all possible, to please include a contribution of $25, $35, $50, $100, $250, $500, $1,000, or more to help our Party win across the board.

Mr. Bailey, I know you understand all that is at stake in this election. At a time when the very core of all we hold dear is at stake, it is absolutely necessary that we unite now to make sure we have the funds that will help me win the White House and keep Joe Biden and the Big Government Socialist Democrats from destroying the America we know and love.

Time is of the essence. The Democrats are going all-out to win. We must have your immediate help. So please, let me know that we can count on your vote by returning your Party Affiliation Voter Card by September 4th.

I need you standing with me in this fight for America's future.

Sincerely,

Donald J. Trump
President of the United States

P.S.   Mr. Bailey, please stand with us in this "must-win" fight for the future of our country. Even if you cannot afford to help financially at this time, please at least return your Party Affiliation Voter Card by September 4th. Being able to identify our voters and getting them to vote – especially in this critical presidential election year when so much is at stake – is the most important key to victory. Please help by returning your Party Affiliation Voter Card today along with a special contribution of $25, $35, $50, $100, $250, $500, $1,000, or more. Thank you.

Exhibit F