UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

LARRY BAILEY,

    Plaintiff,

V.

DONALD J. TRUMP and RONNA ROMNEY McDANIEL,

    Defendants.

Civil Action No. 6: 20-182-KKC

**ORDER**

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Larry Bailey is a resident of London, Kentucky. Proceeding without counsel, he has filed a complaint pursuant to 42 U.S.C. § 1983 [R. 1] and a motion to proceed *in forma pauperis*. [R. 3] The information contained in Bailey's fee motion indicates that he lacks sufficient assets or income to pay the $350.00 filing fee. The Court will therefore grant his motion and waive payment of the filing fee. 28 U.S.C. § 1915(a)(1). Accordingly, payment of the $50.00 administrative fee is also waived. District Court Miscellaneous Fee Schedule, § 14.

Accordingly, it is **ORDERED** that Bailey's motion to proceed *in forma pauperis* [R. 3] is **GRANTED** and payment of the filing and administrative fees is **WAIVED**.

Dated October 22, 2020



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY