UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| LARRY BAILEY,<br><br>    Plaintiff,<br><br>V.<br><br>DONALD J. TRUMP and RONNA ROMNEY McDANIEL,<br><br>    Defendants. | Civil Action No. 6: 20-182-KKC<br><br><br>**JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1.  Plaintiff Larry Bailey's claims asserted pursuant to 42 U.S.C. § 1983; 18 U.S.C. §§ 1341, 1342, and 1345; 39 U.S.C. § 3001; and 52 U.S.C. §§ 10307, 10101(d) are **DISMISSED**. Plaintiff's claims asserted under Section 6 of the Kentucky Constitution are **DISMISSED** without prejudice.

2.  Plaintiff Larry Bailey's complaint [R. 1] is **DISMISSED**.

3.  Judgment is **ENTERED** in favor of the defendants.

4.  This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated October 22, 2020



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY